IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                              4:17-CR-00147-17-JM

ALICE BOISSE

## ORDER

Defendant's Motion to Reduce Sentence (Doc. No. 731) is DENIED.

Defendant's plea agreement "waive[d] the right to have the sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2) . . . ."[1]  Because Defendant knowingly and voluntarily entered into her plea agreement, including this waiver, she is not entitled to relief.[2]

IT IS SO ORDERED this 1st day of April, 2024.

UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 592.

[2] *United States v. Cowan*, 781 F. App'x 571 (8th Cir. 2019) (affirming dismissal of a § 3582 (c)(2) motion when the record establish that the defendant knowingly and voluntarily entered the plea agreement).